UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No.: 1:16-cv-24025-LENARD/Goodman**

| | |
|---|---|
| ROGELIO ROQUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SHARAZAD, LLC; | ) |
| GLOBAL POWER EQUITY LLC; | ) |
| 110 NW 5TH AVENUE, LLC; | ) |
| and GERALD SHVARTSMAN, | ) |
| | ) |
| Defendants. | ) |
| _____/ | |

**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AND TO DISMISS WITH PREJUDICE, AND FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court on the parties' Joint Motion to Approve Settlement and to Dismiss with Prejudice (ECF No. ____). The Court, having reviewed the records, the relevant legal authorities, and the parties settlement agreement, ORDERS and ADJUDGES as follows:

1. The Court finds the settlement agreement to be fair and reasonable. Accordingly, the parties settlement agreement is approved.

2. This case is dismissed with prejudice. The Clerk shall close this matter.

3. The Court reserves jurisdiction to enforce the terms of this parties' settlement agreement.

**DONE AND ORDERED**, in Chambers, at Miami, Florida, this _____ day of _____, 2017.

                                                                                                       _____
                                                                                                       Joan A. Lenard
                                                                                                       United States District Judge

Copies furnished via CM/ECF to:
Andrew M. Feldman, Esq.
Brian H. Pollock, Esq.
Jeremiah J. Talbott, Esq. / Tyler L. Gray, Esq.
Neil Kodsi, Esq.